IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LEVI JIMENEZ, | No C-08-5489 VRW (PR) |
|     Petitioner, | |
|     v | ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
| JAMES WALKER, Warden, | |
|     Respondent. | (Doc #19) |

Good cause appearing, petitioner's SECOND request for an extension of time to file a traverse (Doc #19) is GRANTED. Petitioner shall file a traverse by no later than December 28, 2009. No further extensions of time will be granted.

The clerk shall terminate the motion in docket number 19.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\Jimenez-08-5489-eot-2-traverse.wpd