**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DENNIS LEVI JIMENEZ,                    No. C 08-05489 YGR (PR)

12            Petitioner,                    **JUDGMENT**

13        v.

14
     JAMES WALKER, Warden,
15
              Respondent.
16
     _____/
17

18        The petition having been denied, the Court hereby enters judgment in favor of

19   Respondent.  Petitioner shall obtain no relief by way of his petition.

20        **IT IS SO ORDERED.**

21
     DATED:   September 13, 2012
22                                           **YVONNE GONZALEZ ROGERS**
                                             **UNITED STATES DISTRICT COURT JUDGE**
23

24

25

26

27

28