IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS LEVI JIMENEZ,  No. C 08-05489 YGR (PR)

    Petitioner,  **JUDGMENT**

  v.

JAMES WALKER, Warden,

    Respondent.
_____/

    The petition having been denied, the Court hereby enters judgment in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED.**

DATED: September 13, 2012

                                                 **YVONNE GONZALEZ ROGERS**
                                                 **UNITED STATES DISTRICT COURT JUDGE**

United States District Court
For the Northern District of California